THE CITY OF COHOES, Appellant, *v.* JAMES MORRISON, . Respondent.

Reported below, 42 Hun, 216.

(Argued October 15, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 16, 1886, which affirmed a judgment in favor of defendant, entered upon an order dismissing the complaint on trial.

*Matthew Hale* for appellant.

*Edgar L. Fursman* for respondent.

Agree to affirm ; no opinion.
All concur, except HAIGHT, J., not voting.
Judgment affirmed.